```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CIVIL ACTION NO. 3:07CV495TSL
                                       CRIMINAL NO. J92-00067TSL

ALVIN MAGEE

<u>JUDGMENT</u>

Pursuant to the order entered on September 6, 2007, it is hereby ORDERED AND ADJUDGED that Magee's motion to vacate under § 2255 is dismissed with prejudice.

SO ORDERED this the _1st__ day of October, 2007.


                           s/ Tom S. Lee _____
                           UNITED STATES DISTRICT JUDGE